IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONAN GORDON, SR.,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 370, 2023 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF SERVICES | § | File No. CK23-01318 |
| FOR CHILDREN, YOUTH AND | § | Petition No. 23-03884 |
| THEIR FAMILIES, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: May 21, 2024
Decided: May 29, 2024

## **ORDER**

(1)    The Court issued a briefing schedule in this appeal on December 5, 2023; the appellant's opening brief was due January 4, 2024.  The appellant then requested several extensions of that deadline, which the Court granted; as a result, the opening brief was due April 9, 2024.  On April 10, 2024, the Senior Court Clerk sent a brief delinquency letter to the appellant.  The appellant did not respond to the letter and did not file the opening brief.

(2)    On April 22, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be

---

[1] The Court previously assigned pseudonyms to the appellant pursuant to Supreme Court Rule 7(d).

dismissed because the appellant had not filed an opening brief and appendix. Postal records reflect that delivery was attempted on April 25 and 30, 2024, but no authorized recipient was available; the postal service left notice at the delivery address. On May 9, 2024, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. The Court has not received a response to any of these notices. The appellant having failed to respond to the notice to show cause within the required ten-day period, to file the opening brief, or to report any change of address to the Court, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice